United States District Court

For the District of Delaware

## Acknowledgement of Service Form
## For Service By Return Receipt

Civil Action No. _05-237 (KAJ)_

Attached below is a return receipt card reflecting proof of service upon the named party on the date show.



FILED MAY 27 2005 U.S. DISTRICT COURT DISTRICT OF DELAWARE

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   WARDEN TOM CARROLL
   DELAWARE CORRECTIONAL CENTER
   1181 PADDOCK RD.
   SMYRNA, DE 19977

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly): BEATRICE ONEY
B. Date of Delivery: 5/25/06
C. Signature: X Beatrice Oney   ☐ Agent  ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered   ☐ Return Receipt for Merchandise
   ☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Copy from s   7002 2030 0003 0326 8499

PS Form 3811, July 1999   Domestic Return Receipt   102595-99-M-1789