## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **DERIOUS J. JOHNSON**, | : |
| | : |
| Petitioner, | : |
| | : |
| v. | : Civ. Act. No. 05-237-KAJ |
| | : |
| **THOMAS L. CARROLL**, Warden, | : |
| and **M. JANE BRADY**, Attorney General | : |
| of the State of Delaware, | : |
| | : |
| Respondents. | : |

### NOTICE OF FILING OF STATE COURT RECORDS

1. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *Derious J. Johnson v. State of Delaware*, No. 616, 2003:

   a. the appellant's opening brief and appendix;

   b. the State's answering brief;

   c. and the Court's order dated July 20, 2004.

2. Respondents file herewith certified copies of the following Delaware Supreme Court documents in *In the matter of a writ of Habeas Corpus by Derious J. Johnson*, No. 522, 2004:

   a. the Petition for a writ of habeas corpus dated November 28, 2004;

   b. the Notice to show cause issued November 30, 2004;

   c. and the Order dated January 10, 2005.

/s/
Thomas E. Brown (ID# 3278)
Deputy Attorney General
Department of Justice
820 N. French Street
Wilmington, DE 19801
(302) 577-8500
e-mail: *ThomasE.Brown@state.de.us*

Date: July 19, 2005

**CERTIFICATE OF SERVICE**

The undersigned, being a member of the Bar of this Court, hereby certifies that on July 19, 2005 he caused to be electronically filed a Notice of Filing of Certified State Court Records with the Clerk of the Court using CM/ECF and thereafter caused to be hand delivered paper copies of the records listed therein with the Clerk's Office. I hereby certify that on July 19, 2005 I have also caused to be mailed by first class U.S. Mail two copies of the document (and a copy of the records listed therein) to the following non-registered participant, the petitioner:

>Derious J. Johnson (No. 00180324)
>Delaware Correctional Center
>1181 Paddock Road
>Smyrna, DE 19977.

/s/ _____
Thomas E. Brown
Deputy Attorney General
Del. Dept. of Justice

Counsel for Respondent

Date: July 19, 2005