OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 1, 2005

TO: Derious J. Johnson
SBI# 280324
DCC
1181 Paddock Road
Smyrna, DE 19977

**RE: Service Letter; 05-237(KAJ)**

Dear Mr. Johnson:

Papers have been received by this office for filing in the above matter which do not conform to: Federal Rules of Civil Procedure 5; District of Delaware Local Rules of Civil Practice and Procedure 5.2.(a) & 5.3.

The papers will be docketed but no action will be taken by the Court until the discrepancies are corrected. In order for your documents to be acceptable for filing, they **must be served by you, upon all local counsel of record**, and this must be indicated on an Affidavit or Certificate of Service, attached to the back of your request (motion or pleading).

A copy of the current local counsel attorney listing (with addresses) for this case is attached for your convenience.

Your corrected filing, (please sign your certificate of service and provide a copy with an original signature) to include the certificate of service, should be sent to this office for processing

KINDLY RETURN A COPY OF THIS LETTER WITH YOUR CORRECTED DOCUMENTS.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Kent A. Jordan
enc.



In The U.S. District Court For The District Of Delaware

Derious J. Johnson,
  Appellant/Petitioner
      versus
Thomas L. Carroll, Warden,
and M. Jane Brady, Attorney
General Of Delaware, Appellees

Civ. Act. No. 05-237-KAJ



BD  Scanned

Motion For Appointment Of Counsel

Under 18 U.S.C. §3006A, and 21 U.S.C. § 848, representation shall be provided for any financially eligible person who is charged with a felony, is subject to a mental condition hearing under chapter 313 of this title, is entitled to appointment of counsel under the Sixth Amendment to the Constitution, is seeking relief under section 2241, 2254, or 2255 of title 28, and faces loss of liberty in a case and Federal law requires the appointment of counsel.

In support of this motion, the Appellant states that the following is true and correct, to the best of his knowledge and belief:
1) Appellant is incarcerated
2) Appellant is convicted of a Class A Felony
3) Appellant is unskilled in the law
4) The administration of the Delaware Correctional Center where the appellant is held, limits the appellant to no time at all to the law library. The only access appellant has to the