Dear Mr. Dalleo                                August 2, 2005

Could you please send or return to me the papers received by you which you mention in your August 1st letter that do not conform to: Federal Rules of Civil Procedure; District of Delaware Local Rules of Civil Practice and Procedure 5.2(a) and 5.3. Are you referring to my Motion For appointment of Counsel? If so, please send back to me.

Sincerely,
Derious Johnson

✳ In re: 05-237 (KAJ)

FILED
AUG 4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE





I/M Devearn Johnson
SBI# 280334   UNIT Bldg a),C-U-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

Peter T. Dalleo, Clerk
Lockerbox 18, U.S. Courthouse
844 King Street
Wilmington, DE 19801