OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

August 5, 2005

TO:  Derious J. Johnson
     SBI# 280324
     Delaware Correctional Center
     1181 Paddock Road
     Smyrna, DE 19977

   *RE:*  **Response to letter dated 8/2/05; 05-237(KAJ)**

Dear Mr. Johnson:

   This office received a letter from you requesting a copy of your motion for appointment of counsel. Please serve the document as outlined in the previous letter, DI 12.

   I trust that this letter answers your questions concerning this matter.  Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

                                        Sincerely,

/bad
                                        PETER T. DALLEO
                                        CLERK

cc:  The Honorable Kent A. Jordan
enc. DI 11

Dear Mr. Dalleo                                                                 August 2, 2005

Could you please send or return to me the papers received by you which you mention in your August 1st letter that do not conform to: Federal Rules of Civil Procedure; District of Delaware Local Rules of Civil Practice and Procedure 5.2(a) and 5.3. Are you referring to my Motion For appointment Of Counsel? If so, please send back to me.

            Sincerely,
            Derious Johnson

\* In re: 05-237 (KAJ)

```
FILED
AUG  4 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE
```