## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

DERIOUS JOHNSON,                    )
                                    )
            Petitioner,             )
                                    )
v.                                  )          Civ. A. No. 05-237-KAJ
                                    )
THOMAS CARROLL, Warden, and         )
CARL C. DANBERG, Attorney General   )
of the State of Delaware,           )
                                    )
            Respondents.            )

## ORDER

For the reasons set forth in the Memorandum Opinion issued in this action today,

IT IS HEREBY ORDERED that:

1.     Derious Johnson's petition for a writ of habeas corpus pursuant to 28

U.S.C. § 2254 is DENIED.  (D.I. 1)

2.     A certificate of appealability will not be issued.  *See* 28 U.S.C. §

2253(c)(2).

UNITED STATES DISTRICT JUDGE

September 15, 2006
Wilmington, Delaware