# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT



RECEIVED
Mail 7 pm
OCT - 6 2006
7 00
1 - 0
U.S.C.A. 3rd CIR.

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: **05-237-KAJ**

DERIOUS J. JOHNSON
*PETITIONER*

v.

THOMAS CARROLL, WARDEN, AND CARL C. DANBERG, Attorney General OF THE STATE OF DELAWARE.

DISTRICT COURT JUDGE: **KENT A. JORDAN**

Notice is hereby given that **DERIOUS J. JOHNSON** (Named Party) appeals to the United States Court of Appeals for the Third Circuit from [✓] Judgment, [✓] Order,

[ ] Other (specify) _____

entered in this action on **09/15/06** (date).

DATED: **9/27/06**

_Johnson, Derious J._
(Counsel for Appellant-Signature)

Johnson, DERIOUS J. Pro Se.
(Name of Counsel - Typed)
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road, Smyrna, DE 19977
(Address)

N/A
(Telephone Number)

Johnson, DERIOUS J. Pro Se
(Counsel for Appellee)
DELAWARE Correctional Center
1181 Paddock Road, Smyrna, DE 19977
(Address)

N/A
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

## Certificate of Service

I, _Perious J. Johnson_, hereby certify that I have served a true and correct cop(ies) of the attached: _Notice of Appeal / Forma Pauperis_ upon the following parties/person (s):

TO: _United States_
_District Court_
_844 N. King St._
_Wilm, De_
_19801_

TO: _____

TO: _Third Cir Court of Appeals_
_21400 United States Courthouse_
_601 Market St._
_Phil, PA 19106_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _3rd_ day of _October_, 2006

_Johnson, Perious J._

I/M Wenius Johnson Jr.
SBI# 286324 UNIT 2/C-6-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

WILMINGTON DE 197
04 OCT 2006 PM 1 L



Third Cir Court of Appeals
21400 United States Court House
601 Market St.
Phil, PA
19106

U.S.M.S. X-RAY