NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT



U.S. District Court for the District of Delaware

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT
DOCKET NUMBER: 05-237-KAJ

DERIOUS J. JOHNSON
PETITIONER

v.

THOMAS CARROLL, WARDEN, AND
CARL C. DANBERG, Attorney GENERAL
OF THE STATE OF DELAWARE.

DISTRICT COURT
JUDGE: KENT A. JORDAN

Notice is hereby given that __DERIOUS J. JOHNSON__
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [✓] Judgment, [✓] Order,

[ ] Other (specify) _____

entered in this action on __09/15/06__.
(date)

DATED: __9/27/06__

__Johnson, Derious J.__
(Counsel for Appellant-Signature)

__Johnson, DERIOUS J. Pro SE.__
(Name of Counsel - Typed)

DELAWARE CORRECTIONAL CENTER
1181 Paddock Road Smyrna, DE 19977
(Address)

__N/A__
(Telephone Number)

__Johnson, Derious J. Pro Se__
(Counsel for Appellee)

DELAWARE Correctional Center
1181 Paddock Road Smyrna, DE 19977
(Address)

__N/A__
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.



## Certificate of Service

I, _Perious J. Johnson_, hereby certify that I have served a true and correct cop(ies) of the attached: _Notice of Appeal / Forma Pauperis._ upon the following parties/person (s):

TO: _United States District Court 844 N. King St. Wilm, De 19801_

TO: _____

TO: _Third Cir Court of Appeals 21400 United States Courthouse 601 Market St. Phil, PA 19106_

TO: _____

**BY PLACING SAME IN A SEALED ENVELOPE** and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _3rd_ day of _October_, 2006

_Johnson, Perious J._

IM Werious Johnson Jr.
SBI# 286324 UNIT 2/C-C-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

"Legal Mail"

WILMINGTON DE 197
04 OCT 2006 PM 1 L



Third Cir Court of Appeals
21400 United States Court House
601 Market St.
Phil, PA
19106

U.S.M.S. X-RAY