NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____ (leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DISTRICT COURT DOCKET NUMBER: 05-237-KAJ

DERIOUS J. JOHNSON
                    PETITIONER
        v.
THOMAS CARROLL, WARDEN, AND
CARL C. DANBERG, Attorney General
OF THE STATE OF DELAWARE.

DISTRICT COURT JUDGE: KENT A. JORDAN

Notice is hereby given that __DERIOUS J. JOHNSON__
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [✓] Judgment, [✓] Order

[ ] Other (specify) _____

entered in this action on __09/15/06__
                            (date)

DATED: __9/27/06__

__Johnson, Derious J.__
(Counsel for Appellant-Signature)

__Johnson, DERIOUS J.__  PRO SE.
(Name of Counsel - Typed)
DELAWARE CORRECTIONAL CENTER
1181 Paddock Road Smyrna, DE 19977
(Address)

__N/A__
(Telephone Number)

__Johnson, DERIOUS J.__ Pro Se
(Counsel for Appellee)
DELAWARE Correctional Center
1181 Paddock Road Smyrna, DE 19977
(Address)

__N/A__
(Telephone Number)

NOTE: USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

# Certificate of Service

I, _Derious J. Johnson_, hereby certify that I have served a true and correct cop(ies) of the attached: _Notice of Appeal / Forma Pauperis._ upon the following parties/person (s):

TO: _Third Cir. Cour of Appeals_
_21400 United States Courthouse_
_601 Market St._
_Phil. PA 19106_

TO: _____

TO: _United States District Court_
_844 N. King St._
_Wilm, De 19801_

TO: _____

BY PLACING SAME IN A SEALED ENVELOPE and depositing same in the United States Mail at the Delaware Correctional Center, 1181 Paddock Road, Smyrna, DE 19977.

On this _3rd_ day of _October_, 2006

_Johnson, Derious J._

POSTAGE DUE 48

I/M Johnson, Orrison J.
SBI# 280324   UNIT 21-C-L-11
DELAWARE CORRECTIONAL CENTER
1181 PADDOCK ROAD
SMYRNA, DELAWARE 19977

United States District Court
844 N. King St.
Wilmington, DE
19801

Legal Mail