FPS-062                                                          DATE: November 9, 2006

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-4356

Johnson v. Carroll
(D. D.C. No. 05-cv-0237)

To:  Clerk

1)   Application to Proceed In Forma Pauperis

---

The foregoing Motion is granted.  This appeal will be submitted to a panel of this Court for determination of whether a certificate of appealability should issue.



A True Copy:

Marcia M. Waldron, Clerk

For the Court,

/s/Marcia M. Waldron
Clerk

Dated: November 14, 2006
arl/par/cc: Mr. D.J.J.
        T.E.B., Esq.