OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

|  |  |  |
|---|---|---|
| Marcia M. Waldron<br>Clerk | FOR THE THIRD CIRCUIT<br>21400 United States Courthouse<br>601 Market Street<br>Philadelphia, PA 19106-1790 | Telephone<br>267-299-4957 |

www.ca3.uscourts.gov

November 28, 2006

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

**RE: Docket No. 06-4356**
    **Johnson vs. Carroll**
    **D. C. No. 05-cv-00237**

Dear Mr. Dalleo:

   Receipt is acknowledged on 11/28/06, of notice of appeal filed with the district court on 11/03/06, in the above-captioned case.

   Since the notice of appeal filed on 11/03/06 is duplicative of the appeal already docketed at No. 06-4356, this notice will not be given a new number but will be placed in the file.

                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                              By:  Aina R. Laws
                                   Case Manager

cc:
      Mr. Derious J. Johnson
      Thomas E. Brown, Esq.