**BLD-164**                                                          March 22, 2007

## UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

C.A. No.  **06-4356**

DERIOUS J. JOHNSON

     vs.

THOMAS CARROLL, et al.
(D. Del. Civ. No. 05-cv-00237)

Present:     MCKEE, FUENTES and WEIS, CIRCUIT JUDGES

     Submitted is appellant's notice of appeal, construed as his request for a
certificate of appealability under 28 U.S.C. § 2253(c)(1)

     in the above-captioned case.

                       Respectfully,

                       Clerk

_____ORDER_____

     The foregoing request for a certificate of appealability is denied because
jurists of reason would not disagree with the District Court's conclusion that the
appellant's claims are defaulted or meritless. Slack v. McDaniel, 529 U.S. 473 (2000).



                       By the Court,

**A True Copy:**

                       /s/ Joseph F. Weis, Jr.
                       United States Circuit Judge

               Marcia M. Waldron

Dated:  April 24, 2007

              Marcia M. Waldron, Clerk

ARL/cc: DJJ; TEB